UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| E. K. WADE,<br><br>            Plaintiff,<br><br>     v.<br><br>WILLIAM H. ALSUP, et al.,<br><br>            Defendants. | Case No. 20-mc-80181-EMC<br><br>**ORDER DISMISSING CASE** |

The Court recently dismissed two lawsuits initiated by Plaintiff against judges in this District, Ninth Circuit judges, and USAO attorneys. *See Wade v. Alsup*, No. 20-mc-80167 EMC (N.D. Cal.) (Docket No. 5); *Wade v. Alsup*, No. 20-mc-80178 EMC (N.D. Cal.) (Docket No. 4). In the instant case, Plaintiff again sues the same defendants based on the same underlying facts.

The Court rules consistent with its orders in the two above-referenced cases. That is, the Court has reviewed the complaint and finds that it does not state a potentially cognizable claim. Therefore, in accordance with the Order filed on June 24, 2010, in *Wade v. Gilliland*, No. C-10-0425 WHA (N.D. Cal.), the Clerk is directed not to accept the complaint for filing and this action is dismissed.

**IT IS SO ORDERED**.

Dated: October 14, 2020

_____
EDWARD M. CHEN
United States District Judge